IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER M. EQUITZ,

    Plaintiff,

  v.

Case No. 17-cv-906-bbc

DOUGLAS G. PERCY, JASON A.
SCHAITEL, NICHOLAS R. JOHNSON,
JASON R. DURKIN AND MICHAEL W.
VANDENBROOK,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing the case.

| /s/ | 01/11/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |